S:\FILES\5269_MAERSK_CAROLINA\5269COMP.DOC

KENNEDY LILLIS SCHMIDT & ENGLISH
Charles E. Schmidt (CS8669)
75 Maiden Lane – Suite 402
New York, N.Y. 10038-4816
Telephone:  212-430-0800
Telecopier: 212-430-0810
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL INSURANCE COMPANY LTD., | |
| Plaintiff, | 07 Civ. 11449 (GEL) |
| - v. - | RULE 7.1 STATEMENT |
| A.P. MØLLER-MÆRSK A/S *trading as* MAERSK LINE, *in personam,* and M/V MAERSK CAROLINA, her engines, tackle, apparel, etc., *in rem,* | |
| Defendants. | |

   Pursuant to Fed. R. Civ. Pro. 7.1, the undersigned attorney of record for the Plaintiff certifies that the following are any parent corporation and any publicly held corporation that owns 10% or more of such party's stock:  **NONE.**

Dated:  New York, New York        KENNEDY LILLIS SCHMIDT & ENGLISH
        December 20, 2007          Attorneys for Plaintiff

                                   By:   s/
                                       Charles E. Schmidt (CS8669)
                                       75 Maiden Lane – Suite 402
                                       New York, New York  10038-4816
                                       Telephone:  212-430-0800

1