S:\FILES\5269_MAERSK_CAROLINA\5269COMP.DOC

KENNEDY LILLIS SCHMIDT & ENGLISH
Charles E. Schmidt (CS8669)
75 Maiden Lane – Suite 402
New York, N.Y. 10038-4816
Telephone: 212-430-0800
Telecopier: 212-430-0810
Attorneys for Plaintiff

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/14/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATIONAL INSURANCE COMPANY LTD.,

        Plaintiff,

    - v. -

A.P. MØLLER-MÆRSK A/S *trading as*
MAERSK LINE, *in personam*, and M/V
MAERSK CAROLINA, her engines,
tackle, apparel, etc., *in rem*,

        Defendants.

07 Civ. 11449 (GEL)

ORDER OF DISMISSAL ON CONSENT

ECF CASE

    IT IS HEREBY ORDERED that the above-entitled action shall be and hereby is dismissed pursuant to F.R.Civ.Pro. 41(a)(2), without costs, subject to the proviso that if settlement funds have not been tendered to the plaintiff's representatives on or before March 31, 2008, the action shall be restored to the Court's active docket upon a letter request of plaintiff's counsel submitted to the Court on or before April 4, 2008; and,

1

IT IS HEREBY FURTHER ORDERED that in the absence of any letter request to restore this action to the Court's active docket on or before April 4, 2008, this order of dismissal shall convert to an order of dismissal with prejudice, without costs to any party.

Dated:  New York, New York          IT IS SO-ORDERED:

    March  14 , 2008

                                    _____
                                    GERARD E. LYNCH
                                    UNITED STATES DISTRICT JUDGE

The above-entitled action having been settled by the parties without any appearance, answer or motion having been filed on behalf of any defendant, on behalf of the Plaintiff, we consent to the entry of the foregoing order.

Dated:  New York, New York          KENNEDY LILLIS SCHMIDT & ENGLISH
        March 6, 2008               Attorneys for Plaintiff

                                    By: _____
                                    Charles E. Schmidt (CS8669)
                                    75 Maiden Lane – Suite 402
                                    New York, New York  10038-4816
                                    Telephone:  212-430-0800

2